07CV 1093
Receipt #8012

```
Court Name: New Mexico US District Court
Division: 1
Receipt Number: ALB000612
Cashier ID: lherman
Transaction Date: 06/17/2009
Payer Name: Joe M. Romero Jr

SANCTIONS/CONTEMPT FINES
  For: Joe M. Romero Jr
  Case/Party: D-NMX-1-07-CV-001093-001
  Amount:         $1,500.00

CHECK
  Check/Money Order Num: 13642
  Amt Tendered: $1,500.00

Total Due:       $1,500.00
Total Tendered:  $1,500.00
Change Amt:      $0.00
```

A returned check fee of $45.00 will be assessed if the check is not sufficient.