IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEE ROY ROMERO,**

    Plaintiff,

vs.                               Cause No. CIV-07-1093  MV/RHS

**OFFICER ERIC SCHUM,**
**an Officer Employed by the**
**New Mexico State Police,**
**Individually,**

    Defendant.

## DEFENDANT'S NOTICE OF APPEAL

**COMES NOW** Defendant, Officer Eric Schum, by and through his counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan and Christina L. G. Brennan), and hereby gives notice of his appeal to the United States Tenth Circuit Court of Appeals from the district Court's Memorandum Opinion and Order Granting Plaintiff's Motion to Reconsider Denial of Motion for Judgment as a Matter of Law [Doc. 133] (attached hereto as Exhibit A).

This notice is timely filed in accordance with the Federal Rules of Appellate Procedure.

                Respectfully submitted,

                BRENNAN & SULLIVAN, P.A.

        By:    */s/ James P. Sullivan*
                James P. Sullivan
                Christina L.G. Brennan
                128 East DeVargas
                Santa Fe, New Mexico 87501
                (505) 995-8514
                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of June, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Sharon B. Hawk, Esq., attorney for Plaintiff
Sharon@hawklawpa.com

By: */s/ James P. Sullivan*
James P. Sullivan